5S-2095.0002

STATE OF KANSAS
DEPARTMENT OF INSURANCE

Received by
AUG 2 0 2025
BurnettDriskill

# COMMISSIONER'S PROOF OF SERVICE

Jack Beauchamp, Jr.

Plaintiff

VS.

Lincoln National Life Insurance Company

Defendant

Case No. 2:25-cv-02445

United States District Court
District of Kansas
Kansas City, Kansas

I, Vicki Schmidt, Commissioner of Insurance, do hereby certify that on August 14, 2025, I received the Summons in a Civil Action and Complaint in the above captioned case.

Pursuant to K.S.A. 40-218, a copy thereof was forwarded by certified mail, return receipt requested to:

The Lincoln National Life Insurance Company
c/o Corporation Service Company
1100 SW Wanamaker Rd. Ste. 103
Topeka, KS 66604

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at the City of Topeka, this 14th day of August, 2025.

COMMISSIONER OF INSURANCE OF KANSAS EST. 1871

Vicki Schmidt
Commissioner of Insurance

BY:

Steven A. Karrer
General Counsel