# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | | |
|---|---|---|
| JACK BEAUCHAMP JR., *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-02445-JWB-BGS |
| THE LINCOLN NATIONAL LIFE INSURANCE CO *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, The Lincoln National Life Insurance Company .

Date: 09/05/2025

/s/ Nathan E. Clark
*Attorney's signature*

Nathan E. Clark; Kan. Fed. #24365
*Printed name and bar number*

Rhodes Hieronymus Jones Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100
*Address*

nclark@rhodesokla.com
*E-mail address*

(918) 582-1173
*Telephone number*

(918) 592-3390
*FAX number*