**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **1. JACK BEAUCHAMP JR.,** <br><br> Plaintiff, <br><br> vs. <br><br> **2. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 2:25-cv-02445-JWB-BGS <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, The Lincoln National Life Insurance Company, files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. **The Lincoln National Life Insurance Company** is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

RHODES HIERONYMUS JONES TUCKER & GABLE

By: /s/ Nathan E. Clark

Nathan E. Clark, Kan. Fed. #_#24365
nclark@rhodesokla.com
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173; (918) 592-3390 [fax]

- and -

Iwana Rademaekers (Texas Bar No. 16452560)
(*Pro Hac Vice* Forthcoming)
iwana@rademaekerslaw.com
LAW OFFICES OF IWANA RADEMAEKERS
17304 Preston Road, Suite 800
Dallas, Texas 75252
(214) 579-9319; (469) 444-6456 [fax]

***ATTORNEYS FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of September, 2025, a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Kansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

| | |
|---|---|
| Derrick A. Pearce | dpearce@burnettdriskill.com |
| Benjamin Narrell | bnarrell@burnettdriskill.com |

/s/ Nathan E. Clark
Attorney for Defendant