**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **1. JACK BEAUCHAMP JR.,** <br><br> Plaintiff, <br><br> vs. <br><br> **2. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 2:25-cv-02445-JWB-BGS |

## <u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>

Pursuant to D. Kan. Rule 83.5.4., I move that Iwana Rademaekers be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

RHODES HIERONYMUS JONES TUCKER & GABLE

By: <u>*/s/ Nathan E. Clark*</u>

Nathan E. Clark, Kan. Fed. # 24365
nclark@rhodesokla.com
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173; (918) 592-3390 [fax]

***ATTORNEY FOR DEFENDANT***

**CERTFICATE OF SERVICE**

I certify that on the 5th day of September, 2025, a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Kansas, using the electronic case filing system of the court, and the electronic case filing system sent a “Notice of Electronic Filing” to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

| | |
|---|---|
| Derrick A. Pearce | dpearce@burnettdriskill.com |
| Benjamin Narrell | bnarrell@burnettdriskill.com |

*/s/ Nathan E. Clark*
Attorney for Defendant