**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JACK BEAUCHAMP, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 25-2445-JWB-BGS |
| | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT MEDIATION NOTICE</u>**

The parties have jointly designated Joseph Dandurand, 4747 Grand, Ste. 830, Kansas City, Missouri 64112 (816) 931-6300 to conduct the mediation in the above-captioned case. The mediation is scheduled to be held at 9:30 a.m. on February 25, 2026 and will be conducted via Zoom or some other virtual platform.

Respectfully submitted,

BURNETTDRISKILL, Attorneys

By: *<u>/s/ Derrick A. Pearce</u>*
Derrick A. Pearce, KS # 16752
103 W 26th Ave., Ste. 290
North Kansas City, MO 64116
P: 816.781.4836
F: 816.792.3634
dpearce@burnettdriskill.com
ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF IWANA RADEMAEKERS, PC

By: *<u>/s/ Iwana Rademaekers (with permission)</u>*
Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *pro hac vice*)
17304 Preston Road, Ste. 800

Dallas, TX 75252
(214) 579-9319 / (469) 444-6456
iwana@rademaekerslaw.com

and

RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, PLLC

By: *<u>/s/ Nathan E. Clark</u>*
Nathan E. Clark, Kan. Fed. #24365
PO Box 2110
Tulsa, OK 74121
(918) 582-1173 / (918) 592-3390
nclark@rhodesokla.com

ATTORNEYS FOR DEFENDANT